UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
GREENEVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | 2015 JAN 13 A 11: 59 |
| ) | |
| v. ) | No. 2:15-CR-03 |
| ) | JUDGE Greer |
| JOEL D. CORMIER ) | TO BE SEALED |
| ALSO KNOWN AS PHILLIP BENTON ) | |
| ALSO KNOWN AS MATT BRIARTON ) | |

## INDICTMENT

### INTRODUCTION

At all times material to this indictment:

1. Defendant JOEL D. CORMIER, also known as Phillip Benton, also known as Matt Briarton, operated personal computers and telephones from his residence located at 2111 Highway 126 Lot #21, Bristol, Tennessee 37620, which is located in Sullivan County, Tennessee, with access to the internet through internet service provided by Charter Communications, and with telephone service provided by Cellco Partnership doing business as Verizon Wireless.

2. Defendant JOEL D. CORMIER, also known as Phillip Benton, also known as Matt Briarton, utilized a personal communication service made available by Internet Service Provider Charter Communications. This service allowed the defendant to communicate with other personal computer users via the internet through the use of electronic mail messages and instant messages.

3. Defendant JOEL D. CORMIER, also known as Phillip Benton, also known as Matt Briarton, utilized another personal communication service made available by wireless telephone service provider Cellco Partnership doing business as Verizon Wireless. This service allowed the defendant to communicate with other personal telephone users via the wireless transmission of signals, through the use of electronic mail messages, instant messages, and text messages.

1

4. The internet is a means of interstate commerce. The wireless telephone communications system is a means of interstate commerce.

## COUNT ONE

### Inducing a minor to engage in illegal sexual activity

1. Paragraphs 1 through 4 from the preceding introduction are re-alleged and incorporated as fully set forth herein.

2. The Grand Jury charges that from on or about January 2012, to on or about December 13, 2012, in the Eastern District of Tennessee and elsewhere, the defendant JOEL D. CORMIER, also known as Phillip Benton, also known as Matt Briarton, used a facility or means of interstate commerce to knowingly persuade, induce, entice, or coerce C.R.S.G., an individual who had not attained the age of eighteen years, or attempted to knowingly persuade, induce, entice, or coerce C.R.S.G., an individual who had not attained the age of eighteen years, to engage in sexual activity for which any person can be charged with a criminal offense, in violation of Title 18, United States Code, Section 2422(b).

[Title 18, United States Code, Section 2422(b)]

## COUNT TWO

### Inducing a minor to engage in illegal sexual activity

1. Paragraphs 1 through 4 from the preceding introduction are re-alleged and incorporated as fully set forth herein.

2. The Grand Jury charges that from on or about October 2013, to on or about May 2014, in the Eastern District of Tennessee and elsewhere, the defendant JOEL D. CORMIER, also known as Phillip Benton, also known as Matt Briarton, used a facility or means of interstate commerce to knowingly persuade, induce, entice, or coerce A.W.H, an individual who had not attained the age of eighteen years, or attempted to knowingly persuade, induce, entice, or coerce A.W.H., an individual who had not attained the age of eighteen years, to engage in sexual activity for which

any person can be charged with a criminal offense, in violation of Title 18, United States Code, Section 2422(b).

[Title 18, United States Code, Section 2422(b)]

## COUNT THREE

### Inducing a minor to engage in illegal sexual activity

1. Paragraphs 1 through 4 from the preceding introduction are re-alleged and incorporated as fully set forth herein.

2. The Grand Jury charges that from on or about February 2014, to on or about March 2014, in the Eastern District of Tennessee and elsewhere, the defendant JOEL D. CORMIER, also known as Phillip Benton, also known as Matt Briarton, used a facility or means of interstate commerce to knowingly persuade, induce, entice, or coerce K.W., an individual who had not attained the age of eighteen years, or attempted to knowingly persuade, induce, entice, or coerce K.W., an individual who had not attained the age of eighteen years, to engage in sexual activity for which any person can be charged with a criminal offense, in violation of Title 18, United States Code, Section 2422(b).

[Title 18, United States Code, Section 2422(b)]

## COUNT FOUR

### Inducing a minor to engage in illegal sexual activity

1. Paragraphs 1 through 4 from the preceding introduction are re-alleged and incorporated as fully set forth herein.

2. The Grand Jury charges that from on or about February 2014, to on or about March 2014, in the Eastern District of Tennessee and elsewhere, the defendant JOEL D. CORMIER, also known as Phillip Benton, also known as Matt Briarton, used a facility or means of interstate commerce to knowingly persuade, induce, entice, or coerce B.A.C., an individual who had not attained the age of eighteen years, or attempted to knowingly persuade, induce, entice, or coerce

B.A.C., an individual who had not attained the age of eighteen years, to engage in sexual activity for which any person can be charged with a criminal offense, in violation of Title 18, United States Code, Section 2422(b).

[Title 18, United States Code, Section 2422(b)]

## COUNT FIVE

### Inducing a minor to engage in illegal sexual activity

1. Paragraphs 1 through 4 from the preceding introduction are re-alleged and incorporated as fully set forth herein.

2. The Grand Jury charges that from on or about April 2014, to on or about May 2014, in the Eastern District of Tennessee and elsewhere, the defendant JOEL D. CORMIER, also known as Phillip Benton, also known as Matt Briarton, used a facility or means of interstate commerce to knowingly persuade, induce, entice, or coerce B.N.C., an individual who had not attained the age of eighteen years, or attempted to knowingly persuade, induce, entice, or coerce B.N.C., an individual who had not attained the age of eighteen years, to engage in sexual activity for which any person can be charged with a criminal offense, in violation of Title 18, United States Code, Section 2422(b).

[Title 18, United States Code, Section 2422(b)]

A TRUE BILL:

███████████████████████
FOREPERSON

WILLIAM C. KILLIAN
United States Attorney

BY: _/s/ M. Suzanne Kerney-Quillen_
M. SUZANNE KERNEY-QUILLEN
Assistant United States Attorney

4