UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | |
|---|---|
| JOEL D. CORMIER, | ) |
| Petitioner, | ) ) ) |
| v. | ) No. 2:16-CV-00292-JRG-CLC |
| UNITED STATES OF AMERICA, | ) ) ) |
| Respondent. | ) |

## JUDGMENT ORDER

For the reasons that the Court stated in the memorandum opinion filed with this Order, it is hereby **ORDERED** and **ADJUDGED** that Petitioner Joel D. Cormier's Motion to Vacate, Set Aside, or Correct Her Sentence [Doc. 9] is **DENIED,** and this action is **DISMISSED with prejudice**. If Ms. Cormier files a notice of appeal from this Order, the Court will treat it as an application for a certificate of appealability, which is **DENIED** because she has not made a substantial showing of a denial of a federal constitutional right. The Court **CERTIFIES** that an appeal from this action would not be taken in good faith and would be frivolous. 28 U.S.C. § 1915(a)(3); Fed. R. App. P. 24(a)(3)(A). Any application by Ms. Cormier to proceed in forma pauperis on appeal is therefore preemptively **DENIED**. The Clerk of Court is **DIRECTED** to close this case.

So ordered.

ENTER:

                                                                           s/J. RONNIE GREER
                                                      UNITED STATES DISTRICT JUDGE

ENTERED AS A JUDGMENT:

    s/ *John L. Medearis*
    District Court Clerk