To whom it may concern,

I, _____ am writing this document in response to the matter of possible compassionate release of Joel Cormier, case number 2014R00441 and court docket number 15-CR-00003.

It pains me to consider the notion of Joel being released from incarceration into the public based on the pain and suffering he has inflicted upon me and his other victims. I have no reason to believe he has been reformed or regrets the acts that he has been convicted of. I live every day with the disturbing memories of the trauma he has inflicted upon me, and though I am a forgiving person, I cannot forgive someone that hasn't demonstrated a change of heart, let alone a convincing change of behavior. Joel has long history of manipulating the vulnerable into becoming victims of his unlawful and perverted indulgences. Aside from my own personal fears, I also fear for anyone else he may come in contact with that could succumb to his manipulations.

As a result of the abuse I suffered at the hand of _____ Joel, to this day I suffer with generalized anxiety disorder and panic disorder. I also have reoccurring nightmares involving the childhood abuse by Joel, which leave me in a state of fear and panic for days. The thought of _____ being released from prison strikes a lot of feelings for me, mainly fear. The same feeling of fear that I had when he was released from, what I remember as being, juvenile detention.

Neither myself, nor my family, has any reason to believe he has changed his ways since being incarcerated: but instead are seeing him continuing to attempt to use cold and calculating manipulations to garner favorable treatment from the judicial system and those around him. I realize the threat to health and well-being that COVID-19 presents to all of us, and I hope that in our reform system proper measures are being observed to prevent the spread of the disease. Ultimately, I am convinced that if released, Joel Cormier represents a greater threat as a rapist and abuser than what his "safe" release would justify.

In conclusion, Joel is an unreformed child molester and manipulator that continues to represent a danger to society that should not be released. Furthermore, he is not in a high-risk group if he happens to be infected by the novel coronavirus. My family has remained in contact with him and he is still conducting himself in the same ways that led to him being empowered to victimize. Joel Cormier still represents a threat to the vulnerable around him and is likely still motived to cause harm to me and anyone else he can influence to satisfy his perversions.

Please consider my strong opposition to the "Compassionate Release" of Joel Cormier based on the threat that he still represents to our community.


Best Regards,

J_____