# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

|  |  |  |
|---|---|---|
| Deborah S. Hunt<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: July 28, 2021

Ms. LeAnna Wilson
Eastern District of Tennessee
220 W. Depot Street
Greeneville, TN 37743-0000

Re: Case No. 21-5103, *USA v. Joel Cormier*
Originating Case No. 2:15-cr-00003-1

Dear Clerk,

Enclosed is a copy of the mandate filed in this case.

Sincerely,

s/Gretchen S. Abruzzo, Case Manager for
Antoinette Macon, Case Manager
Direct Dial No. 513-564-7015

cc: Ms. Debra A. Breneman
    Mr. Joel D. Cormier

Enclosure

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

_____

No: 21-5103

_____

Filed: July 28, 2021

UNITED STATES OF AMERICA

    Plaintiff - Appellee

v.

JOEL D. CORMIER, aka Chealsie Marie Cormier

    Defendant - Appellant

## MANDATE

Pursuant to the court's disposition that was filed 07/06/2021 the mandate for this case hereby issues today.

COSTS:  None